# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL A. CARLSON** and **MICHAEL J. CRANGA,** | : | CIVIL ACTION NO. 1:15-CV-2452 |
| | : | |
| | : | **(Chief Judge Conner)** |
| **Plaintiffs** | : | |
| | : | |
| v. | : | |
| | : | |
| **KATHLEEN G. KANE** and **JONATHAN A. DUECKER** | : | |
| | : | |
| **Defendants** | : | |

# **ORDER**

AND NOW, this 7th day of June, 2016, upon consideration of the joint motion (Doc. 36) to stay proceedings, it is hereby ORDERED that:

1. The joint motion (Doc. 36) to stay is GRANTED.

2. The above-captioned matter is STAYED and defendants' motions (Docs. 17, 19) to dismiss are administratively terminated, without prejudice to the reinstatement thereof, pending resolution of the criminal proceedings against defendant Kathleen G. Kane ("Kane") in the Montgomery County Court of Common Pleas.

3. Kane shall notify the court within fifteen (15) days of the resolution of the criminal proceedings in the Montgomery County Court of Common Pleas.

                                               /S/ CHRISTOPHER C. CONNER
                                               Christopher C. Conner, Chief Judge
                                               United States District Court
                                               Middle District of Pennsylvania