IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL A. CARLSON** and **MICHAEL J. CRANGA,** | : | CIVIL ACTION NO. 1:15-CV-2452 |
| Plaintiffs | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **KATHLEEN G. KANE** and **JONATHAN A. DUECKER,** | : | |
| Defendants | : | |

## ORDER

AND NOW, this 23rd day of November, 2016, upon consideration of plaintiffs' motion to substitute parties and amend caption (Doc. 44), it is hereby ORDERED that said motion is GRANTED as follows:

1. Bruce R. Beemer is hereby substituted as a defendant for all claims against Kathleen G. Kane in her official capacity.

2. James A. Donahue III is hereby substituted as a defendant for all claims against Jonathan A. Duecker in his official capacity.

3. The caption of this action is hereby amended to add "Bruce R. Beemer, in his official capacity as Attorney General of the Commonwealth of Pennsylvania" as a defendant.

4. The caption of this action is hereby amended to add "James A. Donahue III, in his official capacity as Acting Chief of Staff of the Pennsylvania Office of Attorney General" as a defendant.

5. The Clerk of Court shall mark the docket accordingly

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania