IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL A. CARLSON**, *et al.*, | : | CIVIL ACTION NO. 1:15-CV-2452 |
| | : | |
| Plaintiffs | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **BRUCE R. BEEMER**, in his official Capacity as Attorney General of the Commonwealth of Pennsylvania, *et al.*, | : : : | |
| | : | |
| Defendants | : | |

# ORDER

AND NOW, this 21st day of December, 2016, upon consideration of the motions (Docs. 17, 19) to dismiss for failure to state a claim filed by defendants Kathleen G. Kane and Jonathan A. Duecker, and the parties' respective briefs in support of and opposition to said motions (Docs. 18, 20, 29, 34-35), and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. The motions (Docs. 17, 19) to dismiss are DENIED.

2. Defendants shall respond to plaintiffs' complaint (Doc. 1) in accordance with the Federal Rules of Civil Procedure.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania