# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL A. CARLSON**, *et al.*, | : CIVIL ACTION NO. 1:15-CV-2452 |
| Plaintiffs | : |
| v. | : (Chief Judge Conner) |
| **JOSH SHAPIRO**, in his official Capacity as Attorney General of the Commonwealth of Pennsylvania, *et al.*, | : |
| Defendants | : |

## **ORDER**

AND NOW, this 10th day of August, 2017, upon consideration of defendants' letter to the court dated June 29, 2017, and the attached documents produced to the court for *in camera* review pursuant to our order (Doc. 67) dated June 14, 2017, wherein defendants assert that the enclosed documents are protected from discovery by attorney-client privilege, and it appearing that plaintiffs dispute that the government may assert attorney-client privilege, (see Doc. 63 at 20-21), and contend that, assuming *arguendo* the privilege exists, the at-issue exception to privilege should apply, (id. at 21-22), and the court observing *first*, that the government may invoke attorney-client privilege in civil litigation, see United States v. Jicarilla Apache Nation, 564 U.S. 162, 170 (2011); Ross v. City of Memphis, 423 F.3d 596, 601 (6th Cir. 2005); In re Allen, 106 F.3d 582, 600 (4th Cir. 1997); see also In re Thirty-Third Statewide Investigating Grand Jury, 86 A.3d 204, 223 (Pa. 2014), and, *second*, that the at-issue exception to attorney-client privilege does not automatically apply when advice of counsel may be relevant to litigation, see

Rhone-Poulenc Rorer Inc. v. Home Indem. Co., 32 F.3d 851, 863 (3d Cir. 1994); Mine Safety Appliances Co. v. N. River Ins. Co., 73 F. Supp. 3d 544, 571-72 (W.D. Pa. 2014), and the court noting that, upon thorough *in camera* review of the documents over which defendants claim attorney-client privilege, all documents contain communications between government employees and attorneys concerning legal advice for the benefit of the Commonwealth, qualifying them as protected under the attorney-client privilege, see Jicarilla Apache Nation, 564 U.S. at 170; *In re* Thirty-Third Statewide Investigating Grand Jury, 86 A.3d at 223, and the court finding that the at-issue exception does not apply in the instant circumstance, see Fid. & Deposit Co. of Maryland v. McCulloch, 168 F.R.D. 516, 520 (E.D. Pa. 1996) (quoting Rhone-Poulenc, 32 F.3d at 863), it is hereby ORDERED that plaintiffs' objections (Doc. 63 at 20-22) to defendants' privilege log are OVERRULED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania